# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
|  | **NOVEMBER 2017 GRAND JURY** <br> **(Impaneled 11/03/2017)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** <br> Title 21, United States Code, <br> Sections 846, 841(a)(1), and 856(a)(1); <br> Title 18, United States Code, <br> Section 2 <br> (6 Counts) |
| **DONTE WALKER a/k/a Slim**, <br>   (Counts 1-6) <br> **CLAYTON WILLIAMS a/k/a Dee** <br>   (Counts 1-3, 5, 6) <br> **KEVIN HINCA** <br>   (Count 1) |  |

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

Beginning in or before 2015 and continuing until in or about October 2018, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendants, **DONTE WALKER a/k/a Slim, CLAYTON WILLIAMS a/k/a Dee**, and **KEVIN HINCA**, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute:

 (a) 1 kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance;

 (b) butyryl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813; and

(c)    furanyl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813;

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Possession with Intent to Distribute of Heroin)**

**The Grand Jury Further Charges That:**

On or about January 19, 2016, in the Western District of New York, the defendants, **DONTE WALKER a/k/a Slim** and **CLAYTON WILLIAMS a/k/a Dee**, did knowingly, intentionally, and unlawfully possess with intent to distribute heroin, a Schedule I controlled substance, and butyryl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

## COUNT 3

**(Using and Maintaining a Drug Premises)**

**The Grand Jury Further Charges That:**

Beginning in or about late 2015, the exact date being unknown, and on or about January 19, 2016, in the Western District of New York, the defendants, **DONTE WALKER a/k/a Slim** and **CLAYTON WILLIAMS a/k/a Dee**, did knowingly, intentionally and unlawfully use and maintain a place, that is, the premises at 410 Northland Avenue, Buffalo,

New York, for the purpose of manufacturing, distributing, and using heroin, a Schedule I controlled substance, and butyryl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

### COUNT 4

### (Possession with Intent to Distribute, and Distribution of, Heroin)

### The Grand Jury Further Charges That:

On or about June 3, 2016, in the Western District of New York, the defendant, **DONTE WALKER a/k/a Slim**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance, and furanyl fentanyl, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

### COUNT 5

### (Possession with Intent to Distribute, and Distribution of, Heroin)

### The Grand Jury Further Charges That:

On or about June 7, 2016, in the Western District of New York, the defendants, **DONTE WALKER a/k/a Slim** and **CLAYTON WILLIAMS a/k/a Dee**, did knowingly,

3

intentionally, and unlawfully possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 6

### (Possession with Intent to Distribute, and Distribution of, Heroin)

The Grand Jury Further Charges That:

On or about June 15, 2016, in the Western District of New York, the defendants, **DONTE WALKER a/k/a Slim** and **CLAYTON WILLIAMS a/k/a Dee**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

DATED: Buffalo, New York, November 28, 2018.

                                     JAMES P. KENNEDY, JR.
                                     United States Attorney

BY:   S/PAUL C. PARISI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5863
        Paul.Parisi@usdoj.gov

A TRUE BILL:

S/FOREPERSON